# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

Order

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| VS § | |
| Francisco Alejandro Ramirez Lozoya § | 1:05-CR-335 |

### ORDER GRANTING
### MOTION FOR SUBSTITUTION OF COUNSEL

On this the 24th day of May, 2005, came before the Court Defendant's Motion for Substitution of Counsel and after having considered said motion, finds that the Motion should be GRANTED;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant's Motion for Substitution of Counsel be GRANTED and that Ms. Veronica Farias substitute as counsel for Mr. Paul Hajjar . Ms Veronica Farias and the Defendant are ordered to the pay into the Registry of the Court two-hundred seventy dollars ($270.00) for the services of Assistant Federal Public Defender, Paul Hajjar.

SIGNED FOR ENTRY ON THIS the 24th day of May, 2005.

_____
Felix Recio
United States Magistrate Judge